UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

v.

**JOHN M. SEMBER,**

        **Defendant.**

Case No. 3:14-cr-141

Judge Thomas M. Rose

_____

**ENTRY AND ORDER GRANTING DEFENDANT'S MOTION IN LIMINE
TO PROHIBIT THE DISCUSSION AND/OR INTRODUCTION OF "AIR
FORCE CORE VALUES" AND RELATED DOCUMENTS (DOC. 100)**
_____

      This case is before the Court on Defendant John Sember's Motion in Limine to Prohibit the Discussion and/or Introduction of "Air Force Core Values" and Related Documents (Doc. 100). Defendant argues that the Government should be prohibited from introducing into evidence a document entitled "Air Force Core Values," "Air Force Core Values Case Studies" circa May 2006, "Core Values Case Studies" circa 2005, "Profession of Arms" circa 2005, and similar items because they are irrelevant.  (Doc. 100 at 1.)  The Government has not responded to Defendant's Motion in Limine, and, at this time, the Court does not see the relevance of the documents at issue. As a result, the Court **GRANTS** the Motion in Limine (Doc. 100).  If the Government wishes to introduce such documents into evidence at trial, it must request permission to make a showing of relevance under Federal Rule of Evidence 401 and admissibility under Federal Rule of Evidence 403.  Upon such a showing, the Court may amend this Order as appropriate.

      **DONE** and **ORDERED** in Dayton, Ohio, this Friday, March 25, 2016.

                                          s/Thomas M. Rose
                                        _____
                                        THOMAS M. ROSE
                                      UNITED STATES DISTRICT JUDGE