UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
CRIMINAL MINUTES - TRIAL

Case No. **3:14-CR-141**                                Date: **4/6/16**
Case Name: **USA v. John M. Sember**
Ct. Rptr. **Leslie Foley**                                Ctrm Deputy: **Liz Penski**
Honorable: **Thomas M. Rose**
Asst. U.S. Attorney: **Dwight Keller / Julie McCammon**

Docket Entry:   Voir Dire Held and Completed 3/28/16; Jury Trial held 3/29/16, 3/30/16, 3/31/16, 4/1/16, 4/5/16, 4/6/16, Verdict of Not Guilty

USA v. (Defendants listed below):            Attorneys for Defendants:
(1) **John M. Sember**                       (1) **Larry Greger**
   X present __ custody __ bond X O.R.          X present __ apptd X retained
(2) _____                   (2) _____
   __ present __ custody __ bond __ O.R.        __ present __ apptd __ retained
(3) _____                   (3) _____
   __ present __ custody __ bond __ O.R.        __ present __ apptd __ retained
(4) _____                   (4) _____
   __ present __ custody __ bond __ O.R.        __ present __ apptd __ retained

_____ Case called and continued _____ for trial.
_____ Court Trial
**XXX** Jury Trial

SEE SEPARATE LIST FOR WITNESSES AND EXHIBITS.

_____ Case continued to _____ for further trial.
_____ Motion for judgement on acquittal: __ granted **X** denied __ submitted
_____ Jury retires to deliberate at: _____
_____ Jury returns at: _____
_____ FINDING BY COURT: _____        FILED VERDICT OF: **Not Guilty**
_____ Jury Polled _____ Polling Waived _____ Mistrial declared
_____ Continued to _____ for _____ setting _____ trial _____ further trial.
_____ Referred to Probation Department for PSI
_____ Sentencing set for: _____ .
_____ Ordered defendants _____ be taken into custody; _____ remain on bond.
_____ Probation report waived as to Defendant: _____

SEE SEPARATE SHEET FOR SENTENCING.            Initials of Deputy Clerk: **LP**