UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3:14-cr-141 |
| Plaintiff, | : | |
| v. | : | VERDICT FORM |
| JOHN M. SEMBER, | : | |
| Defendant. | : | |

We, the jury, in respect of the charge set forth in the Superseding Indictment, do unanimously find the Defendant JOHN M. SEMBER:

__X__ Not Guilty                                         _____ Guilty

of theft of government property having a value in excess of $1,000.

__6 APRIL 2016__
Date                                        Foreperson

Members of the Jury: