AO 245A (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

Southern DISTRICT OF Ohio

UNITED STATES OF AMERICA

V.

JOHN M. SEMBER

**JUDGMENT OF ACQUITTAL**

CASE NUMBER: 3:14-CR-141

The Defendant was found not guilty. IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

_____
Signature of Judge

Thomas M. Rose | District Judge
Name of Judge | Title of Judge

4/7/2016
Date