# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3:14-cr-141 |
| Plaintiff, | : | Judge Thomas M. Rose |
| v. | : | |
| JOHN M. SEMBER, | : | |
| Defendant. | : | |

**ENTRY AND ORDER DIRECTING THE GOVERNMENT'S COUNSEL TO SUBMIT DECLARATION IN SUPPORT OF MOTION TO RECONSIDER (DOC. 157) THE COURT'S ENTRY AND ORDER REPRIMANDING THE GOVERNMENT'S COUNSEL FOR VIOLATIONS OF THE OHIO RULES OF PROFESSIONAL CONDUCT (DOC. 156)**

This matter is before the Court on the Government's Motion to Reconsider (Doc. 157) the Court's Entry and Order Reprimanding the Government's Counsel for Violations of the Ohio Rules of Professional Conduct ("Order of Reprimand") (Doc. 156).  Lead counsel for the Government represents that he was exclusively responsible for introduction of the suppressed document at trial, which resulted in the Court's reprimand and sanction of Government's counsel. (Doc. 157 at 1.)   The Government therefore requests that the Court amend its Order of Reprimand to remove "any and all negative references and sanctions as applied to Government co-counsel." In order to properly consider the Government's request, the Court hereby **ORDERS** Government co-counsel to submit a declaration—of no more than 5 pages—describing her role in the prosecution of this case, including her role, if any, in the management of the evidentiary file, by no later than September 30, 2016.

**DONE** and **ORDERED** in Dayton, Ohio, this Friday, September 16, 2016.

s/Thomas M. Rose

_____
THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE