# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3:14-cr-141 |
| Plaintiff, | : | Judge Thomas M. Rose |
| v. | : | |
| JOHN M. SEMBER, | : | |
| Defendant. | : | |

_____

**ENTRY AND ORDER GRANTING MOTION TO RECONSIDER (DOC. 157)
AND VACATING ORDER OF REPRIMAND (DOC. 156)**
_____

This matter is before the Court on the Government's Motion to Reconsider (Doc. 157) the Court's Entry and Order Reprimanding the Government's Counsel for Violations of the Ohio Rules of Professional Conduct ("Order of Reprimand") (Doc. 156). The Government moved the Court to amend the Order of Reprimand so that it applied only to lead counsel for the Government, and not to his co-counsel, because lead counsel was solely responsible for the conduct at issue. At the Court's request, Government co-counsel submitted a declaration describing her role in the prosecution of this case, including her role in the management of the evidentiary file. (Doc. 159.) After consideration of the Motion to Reconsider and Government co-counsel's declaration, the Court finds that amendment of the Order of Reprimand is warranted. Accordingly, the Court **GRANTS** the Motion to Reconsider (Doc. 157) and **VACATES** the Order of Reprimand (Doc. 156). The Court will enter an Amended Order of Reprimand forthwith.

**DONE** and **ORDERED** in Dayton, Ohio, this Tuesday, September 27, 2016.

                                                                                                                                       s/Thomas M. Rose
                                                                               _____
                                                                         THOMAS M. ROSE
                                                UNITED STATES DISTRICT JUDGE